1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8  KRISTIN LARES,                    CASE NO. **2:04-CV-01718-DAD**

9         Plaintiff,                 STIPULATION REMANDING THE
                                     CASE AND DIRECTING THE CLERK
10  v.                               TO ENTER JUDGMENT; ORDER

11 JO ANNE B. BARNHART,
   Commissioner of
12 Social Security,

13         Defendant.

14

15         IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to offer Plaintiff a new hearing and decision.

           Upon remand, the Appeals Council will remand this case to an Administrative Law Judge (ALJ), and direct him or her to further evaluate the opinions from Plaintiff's treating and examining sources in accordance with the regulations and Social Security Ruling (SSR) 96-5p. The ALJ will also further evaluate Plaintiff's credibility in accordance with the regulations and SSR 96-7p, and take into consideration the third-party evidence. If necessary, the ALJ will obtain medical expert testimony. The ALJ will also, if necessary, propound hypothetical questions to a vocational expert, based on all the evidence of record and accurately reflecting all of Plaintiff's non-exertional limitations. The ALJ will take any other action necessary to complete the administrative record and issue a new decision.

It is further stipulated that the Clerk shall enter a separate judgment, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: June 29, 2005      /s/ Peter Brixie
                          PETER BRIXIE
                          Attorney at Law

                          Attorney for Plaintiff

DATED: June 30, 2005      McGREGOR W. SCOTT
                          United States Attorney

                     By:  /s/ Bobbie J. Montoya
                          BOBBIE J. MONTOYA
                          Assistant U. S. Attorney

                          Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
DENNIS J. HANNA
Assistant Regional Counsel
United States Social Security Administration

### ORDER

**This case is hereby remanded pursuant to sentence four of 42 U.S.C. 405(g) for further proceedings consistent with the stipulation of the parties. The prior administrative decision is vacated and the Clerk of the Court is directed to enter Judgment.**

**DATED: July 1, 2005.**

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/lares1718.remand